UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANKENMUTH MUTUAL INSURANCE COMPANY,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No.: 2:22-cv-1534-ACA |
| **CHOATE CONSTRUCTION COMPANY, INC.** ) ) ) | |
| **Defendant.** ) | |

# FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **GRANTS** Defendant Choate Construction Company's motion to dismiss. (Doc. 6).

The court **DISMISSES** Plaintiff Frankenmuth Mutual Insurance Company's claims against Choate **WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

The court **DIRECTS** the Clerk to close the file.

**DONE** and **ORDERED** this March 28, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE